AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Walter R. Karpinia, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   15-739 (JEB) |
| American Association of Medical Doctors, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   As Plaintiff has failed to comply with this Court's Minute Order of September 25, 2015, requiring the filing of
proof of service by October 9, 2015,  this case be DISMISSED WITHOUT PREJUDICE pursuant to Fed. R.
Civ. P. 4(m).

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

❐ decided by Judge _____ on a motion for

Date:   10/20/2015          *ANGELA D. CAESAR, CLERK OF COURT*

_____
T. Gumiel, Deputy Clerk
*Signature of Clerk or Deputy Clerk*